# MEMORANDA

---

In the Matter of the Application of the CLAYTON COM-
PANY, INC., Respondent, *v.* CHARLES L. CRAIG, as
Comptroller of the City of New York, Appellant.

*New York city — board of education — mandamus to compel comp-
troller to pay judgment obtained against board of education.*

*Matter of Clayton Co., Inc.,* v. *Craig,* 209 App. Div. 801, affirmed.
(Submitted January 21, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 2, 1924, which affirmed an order of Special Term
granting a motion for a peremptory order of mandamus
to compel the comptroller of the city of New York to
pay a judgment theretofore obtained by petitioner against
the board of education of the city of New York. The
answering affidavit stated that no appropriation had
been made by the board of estimate and apportionment
by which any funds had come into the defendant's control
or custody as comptroller of the city of New York from
which such claim could be paid.

*Charles L. Craig* for appellant.

*Cecil B. Ruskay* and *Bertram Boardman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and CRANE,
JJ. Dissenting: HISCOCK, Ch. J., ANDREWS and
LEHMAN, JJ.